IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Minefee, Richard A

Printed: 01/06/09

Case Number: 08 B 06653
Judge: Hollis, Pamela S
Filed: 3/20/08

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 24, 2008
Confirmed: June 23, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 1,555.50 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,454.39 |
| Trustee Fee: |  | 101.11 |
| Other Funds: |  | 0.00 |
| Totals: | 1,555.50 | 1,555.50 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Chad M Hayward | Administrative | 3,000.00 | 1,454.39 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 259.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 29,606.89 | 0.00 |
| 5. | Fremont Investment & Loan | Secured | 6,500.00 | 0.00 |
| 6. | Sprint Nextel | Unsecured | 25.46 | 0.00 |
| 7. | ECast Settlement Corp | Unsecured | 30.85 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 7.81 | 0.00 |
| 9. | Portfolio Recovery Associates | Unsecured | 19.77 | 0.00 |
| 10. | Peoples Energy Corp | Unsecured | 133.23 | 0.00 |
| 11. | Capital One Auto Finance | Unsecured |  | No Claim Filed |
|  |  |  | $ 39,583.01 | $ 1,454.39 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 6.5% | 101.11 |
|  | $ 101.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Minefee, Richard A

Printed: 01/06/09

Case Number:  08 B 06653
Judge:  Hollis, Pamela S
Filed:  3/20/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

